United States District Court
Southern District of Texas
**ENTERED**
May 22, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| Jaydan J. Chen, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. H-26-807 |
| | § | |
| Kristi Noem, et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER OF DISMISSAL

On May 14, 2026, Plaintiff, Jayden J. Chen, filed a Notice of Voluntary Dismissal (docket no. 11) stipulating to the voluntary dismissal of this action as moot against all named Defendants pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Accordingly, this Court accepts the Notice and this action is hereby **DISMISSED WITHOUT PREJUDICE**.

Each party will bear its own costs.

**SIGNED** at Houston, Texas, on this 22nd day of May, 2026.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE